**Order entered August 1, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00794-CR

**SUSAN JACOBI PETERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-81437-2013**

## ORDER

We **GRANT** Official Court Reporter Jennifer K. Corley's July 30, 2014 request for an extension of time to file the reporter's record. The reporter's record shall be due **THIRTY DAYS** from the date of this order.

/s/    LANA MYERS
         JUSTICE